UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eddystone Rail Company, LLC

Plaintiff,

-v-

Jamex Transfer Services, LLC

Defendant.

Case No. 17-CV-1266-WHP

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Eddystone Rail Company, LLC   (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Enbridge, Inc.
Enbridge Energy Management, L.L.C.
Enbridge Energy Partners, L.P.

**Date:** February 21, 2017

Signature of Attorney

Attorney Bar Code: 2616142