IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>JAMEX TRANSFER SERVICES, LLC, )<br>)<br>Respondent. )<br>) | Civil Action No. 17-CV- |

## DECLARATION OF EVAN GLASSMAN IN SUPPORT OF
## PETITION TO CONFIRM ARBITRATION AWARD

I, Evan Glassman, hereby declare as follows:

1. I am a member of the law firm of Steptoe & Johnson LLP ("Steptoe") and one of the attorneys for Petitioner Eddystone Rail Company ("ERC") in the above-captioned proceeding. Steptoe represented ERC in its arbitration with Jamex Transfer Services, LLC ("JTS"), which resulted in the award ERC now petitions this Court to confirm.

2. Attached hereto are true and correct copies of the following exhibits, which are submitted with Petitioner ERC's Memorandum of Law in Support of Petition to Confirm Arbitration Award:

| | |
|---|---|
| Exhibit 1: | Rail Facility Services Agreement, dated February 13, 2013 |
| Exhibit 2: | Arbitration Award, dated January 25, 2017 |

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on February 17, 2017

_____
Evan Glassman