UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br><br>Petitioner,<br><br>vs.<br><br>JAMEX TRANSFER SERVICES, LLC,<br><br>Respondent. | Case No: 1:17-cv-01266-WHP |

## ANSWER

Respondent Jamex Transfer Services, LLC ("JTS") hereby submits this Answer to Petitioner Eddystone Rail Company, LLC's ("Eddystone's") Petition to Confirm Arbitration Award [Dkt. No. 1], and states as follows:

1. Pursuant to a confidential settlement agreement entered into between the parties on January 5, 2017, JTS does not oppose confirmation of the arbitration award issued by a panel of the Society of Maritime Arbitrators, Inc., on January 24, 2017, a true and correct copy of which is attached to Eddystone's Memorandum of Law in Support of Petition to Confirm Arbitration Award [Dkt. No. 5] (at exhibit 2 therein).

Dated: April 25, 2017

                                              Respectfully submitted,

                                              *S/ T. Ray Guy*
                                              T. Ray Guy
                                              WEIL, GOTSHAL & MANGES LLP
                                              200 Crescent Court, Suite 300
                                              Dallas, Texas 75201-6950
                                              Tel: (214) 746-7000
                                              Fax: (214) 746-7777
                                              ray.guy@weil.com

                                              *Counsel for Respondent*

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2017, I electronically transmitted the foregoing document using the ECF system for filing and transmittal of a Notice of Electronic Filing to those parties registered for ECF in this case.

*S/Jason E. Wright*
Jason E. Wright
