IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC,<br><br>Petitioner,<br><br>vs.<br><br>JAMEX TRANSFER SERVICES, LLC,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>) Case No: 1:17-cv-01266-WHP<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF MOTION TO INTERVENE

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Intervene of Bridger Logistics, LLC, Ferrellgas Partners, L.P., Ferrellgas, L.P., Julio Rios and Jeremy Gamboa (collectively, the "Proposed Intervenors"), the Declaration of David M. Zensky and the exhibits attached thereto, and any prior submissions and proceedings in this matter, and any other submissions as shall be made in support of this motion, the Proposed Intervenors, by and through their undersigned counsel, will move this Court before the Honorable William H. Pauley, III, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an order granting the Proposed Intervenors' motion to intervene in the above-captioned matter pursuant to Federal Rules of Civil Procedure 24(a) or 24(b).

Pursuant to the Court's scheduling order dated April 13, 2017 [Docket No. 20], any responses to this motion shall be filed on or before June 2, 2017, reply papers shall be filed by June 12, 2017, and oral argument shall be held at 12:00 p.m. on July 14, 2017.

Dated: New York, New York
        May 9, 2017

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

By:   */s/ David M. Zensky*
        David M. Zensky
        Sunish Gulati
        Katherine Porter
        One Bryant Park
        New York, New York 10036
        Telephone:  (212) 872-1000
        Facsimile:   (212) 872-1002
        dzensky@akingump.com
        sgulati@akingump.com
        kporter@akingump.com

        *Attorneys for Proposed Intervenors Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas L.P.*

        Jeremy A. Fielding (*pro hac vice* pending*)*
        Kent D. Krabill (*pro hac vice* pending)
        Jonathan D. Kelley (*pro hac vice* pending)
        LYNN PINKER COX & HURST, LLP
        2100 Ross Avenue, Suite 2700
        Dallas, Texas 75201
        Telephone: (214) 981-3800
        Facsimile: (214) 981-3839
        jfielding@lynnllp.com
        kkrabill@lynnllp.com
        jkelley@lynnllp.com

        *Attorneys for Proposed Intervenors Julio Rios and Jeremy Gamboa*