# Exhibit A

**From:** "Agusti, Fil" <FAgusti@steptoe.com>
**Date:** February 21, 2017 at 5:06:11 PM EST
**To:** "Zensky, David" <dzensky@AkinGump.com>
**Cc:** "Theodore, Jeffrey" <jtheodore@steptoe.com>, "Porter, Katherine" <kporter@akingump.com>, "Eno, Kelly" <keno@akingump.com>, "Petts, Nick" <npetts@Steptoe.com>, "Henry Hank E. Hockeimer Jr. (hockeimerh@ballardspahr.com)" <hockeimerh@ballardspahr.com>
**Subject: RE: ERC v Bridger**

David,

On the second question, Eddystone will not consent to your clients' intervention in its SDNY proceeding seeking confirmation of the SMA arbitration award.  I expect you and we will be taking spirited opposing positions on the issues, but please do let me know if we can extend any reasonable  professional courtesies that may ease the effect of this on your family issues.

Fil

---

**From:** Agusti, Fil
**Sent:** Monday, February 20, 2017 10:24 AM
**To:** 'Zensky, David'
**Cc:** Theodore, Jeffrey; Porter, Katherine; Eno, Kelly; Petts, Nick; Henry Hank E. Hockeimer Jr. (hockeimerh@ballardspahr.com)
**Subject:** RE: ERC v Bridger

David,

We consent to the same extension grated to Messrs. Rios and Gamboa to respond to the Complaint.  The new due date will be March 16.  Please enjoy your family trip.

I will get back to you in the next day or so on intervention in the SDNY confirmation proceeding.

Best,

Fil


**Filiberto Agusti | Steptoe & Johnson LLP**
1330 Connecticut Avenue, NW | Washington, DC 20036 | Ph: 202.429.6428 | Fax: 202.261.7512 |
fagusti@steptoe.com

---

**From:** Zensky, David [mailto:dzensky@AkinGump.com]
**Sent:** Monday, February 20, 2017 6:33 AM
**To:** Agusti, Fil
**Cc:** Theodore, Jeffrey; Porter, Katherine; Eno, Kelly; Petts, Nick; hockeimerh@ballardspahr.com
**Subject:** ERC v Bridger

Fil, as you know we represent Bridger Logistics, Ferrellgas Partners and Ferrellgas in the above matter. I understand you have extended the time for the two individual defendants to respond to the complaint to mid-March, please let me know if you will consent to the same short extension for us. I am on a family ski trip this week and would like to not have to cut it short.

Also, we intend to seek to intervene in the SDNY proceeding seeking confirmation of your arbitration settlement. Please let me know if ERC will consent to my clients intervening, of course with a full reservation of rights on all sides on the merits of the proceeding.

Thanks

Sent from my iPad

---

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.