IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| EDDYSTONE RAIL COMPANY, LLC, | ) |
|---|---|
| Petitioner, | ) ) ) |
| vs. | ) Case No: 1:17-cv-01266-WHP |
| JAMEX TRANSFER SERVICES, LLC, | ) ) ) |
| Respondent. | ) ) |

### DECLARATION OF DAVID M. ZENSKY IN SUPPORT OF THE REPLY MEMORANDUM OF LAW IN SUPPORT OF THE BRIDGER PARTIES' AND FERRELLGAS OFFICERS' MOTION TO INTERVENE

DAVID M. ZENSKY, pursuant to 28 U.S.C. § 1746, declares:

1. I am a partner of the law firm Akin Gump Strauss Hauer & Feld, LLP, counsel for Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P. (collectively, the "Bridger Parties"). I submit this declaration in support of the reply in further support of the joint motion of the Bridger Parties, Julio Rios and Jeremy Gamboa (collectively, the "Proposed Intervenors") to intervene in the above-captioned action. All of the facts set forth herein are based upon my personal knowledge or a review of the relevant documents.

2. On June 7, 2017, Eddystone provided, for the first time, certain documents to the Bridger Parties that are relevant to this action. Attached hereto as **Exhibit A** is a true and correct copy of the Confidential Release and Settlement Agreement, dated as of January 5, 2017.

1. Attached hereto as **Exhibit B** is a true and correct copy of the Amendment to Confidential Release and Settlement Agreement, dated as of January 19, 2017.

1

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 14, 2017

David M. Zensky