# **EXHIBIT A**

[redacted]