UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

EDDYSTONE RAIL COMPANY, LLC,

                Petitioner,

   -against-

JAMEX TRANSFER SERVICES, LLC,

                Respondent.

---------------------------------- x

Case No: 17-cv-01266-WHP

**NOTICE OF MOTION PURSUANT TO FED. R. CIV. P. 59(e) AND 60(b)**

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion Pursuant to Fed. R. Civ. P. 59(e) and 60(b) of Proposed Intervenors Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P. (the "Bridger Parties"), the Declaration of Lawrence G. Scarborough and the accompanying exhibits, and any prior submissions and proceedings in this action, and any other submissions as shall be made in support of this Motion, the Bridger Parties, through undersigned counsel, will move this Court before Honorable William H. Pauley, III, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an order pursuant to Fed. R. Civ. P. 59(e) and 60(b) revisiting and amending the Court's Opinion and Order dated and entered on February 7, 2018, so as to grant the Bridger Parties intervention in the above-captioned action.

      Pursuant to Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, any papers in opposition to this Motion shall be filed within 14 days after the filing of this Motion, and any reply papers shall be filed within 7 days of the filing of any papers in opposition of this Motion.

Dated: March 7, 2018
      New York, New York

Respectfully submitted,

**BRYAN CAVE LLP**

By: _/s/ Lawrence G. Scarborough_
     Lawrence G. Scarborough
     Jovana Crncevic
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 541-2000
Fax: (212) 541-4630
lgscarborough@bryancave.com
jovana.crncevic@bryancave.com

*Attorneys for Proposed Intervenors Bridger Logistics, LLC, Ferrellgas Partners, L.P., and Ferrellgas, L.P.*