IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDDYSTONE RAIL COMPANY, LLC ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> JAMEX TRANSFER SERVICES, LLC, ) <br> ) <br> Respondent. ) <br> _____ ) | Civil No. 17-cv-01266 (WHP) |

### DECLARATION OF NICHOLAS PETTS IN SUPPORT OF PETITIONER EDDYSTONE RAIL COMPANY, LLC'S OPPOSITION TO NON-PARTIES' MOTION PURSUANT TO FED. R. CIV. P. 59(E) AND 60(B)

I, Nicholas Petts, hereby declare as follows:

1. I am an attorney at the law firm of Steptoe & Johnson LLP, counsel for Petitioner Eddystone Rail Company ("Eddystone") in the above-captioned proceeding.

2. Attached hereto are true and correct copies of the following exhibits, which are submitted with Eddystone's Opposition to the Motion Pursuant to Fed. R. Civ. P. 59(e) and 60(b) filed by Ferrellgas, L.P., Ferrellgas Partners, L.P., and Bridger Logistics, LLC :

Exhibit 1:   Transcript of June 29, 2016 Hearing in the arbitration *Eddystone Rail Co., LLC v. Jamex Transfer Services, LLC* before the Society of Maritime Arbitrators

Exhibit 2:   Witness Statement of Bryan Boaz, signed June 16, 2016, in the arbitration *Eddystone Rail Co., LLC v. Jamex Transfer Services, LLC* before the Society of Maritime Arbitrators

2

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated March 21, 2018

/s/ Nicholas Petts
Nicholas Petts

2