

**T. Ray Guy**
Member
214.545.5933 (t)
214.545.3473 (f)
rguy@fbtlaw.com

December 1, 2021

Hon. Jesse M. Furman
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Eddystone Rail Company, LLC v. Jamex Transfer Services, LLC*,
             Case No. 1:17-cv-01266-WHP

Dear Judge Furman:

      The undersigned respectfully submit this joint letter in response to the Court's August 9, 2021 Order (Dkt. 75) requesting an update on the status of litigation currently pending in the United States District Court for the Eastern District of Pennsylvania. *See Eddystone Rail Co., LLC v. Bridger Logistics, LLC et al.*, Case No. 2:17-cv-00495-RK (E.D. Pa. 2017) (the "Pennsylvania Action"). To bring the Court up to date, with the exception of one deposition, discovery has closed in the Pennsylvania Action, and the parties have filed and are currently briefing motions for summary judgment and *Daubert* motions. Such briefing is expected to conclude by the end of 2021, and the parties expect the court in the Pennsylvania Action to schedule further proceedings after it has had the opportunity to consider their respective submissions.

| | |
|---|---|
| /s/ T. Ray Guy | /s/ Fil Agusti |
| T. Ray Guy | fagusti@steptoe.com |
| rguy@fbtlaw.com | Steve Barber |
| | sbarber@steptoe.com |
| Frost Brown Todd, LLC | |
| Rosewood Court | Steptoe & Johnson LLP |
| 2101 Cedar Springs Road, Suite 900 | 1330 Connecticut Avenue NW |
| Dallas, TX 75201 | Washington, DC 20036 |
| (214) 545-5933 | |
| **ATTORNEYS FOR RESPONDENT** | **ATTORNEYS FOR PETITIONER** |