

**T. Ray Guy**
Member
214.545.5933 (t)
214.545.3473 (f)
rguy@fbtlaw.com

June 9, 2022

Hon. Jesse M. Furman
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re:    *Eddystone Rail Company, LLC v. Jamex Transfer Services, LLC*,
             Case No. 1:17-cv-01266-WHP

Dear Judge Furman:

      The undersigned respectfully submit this joint letter in response to the Court's August 9, 2021 Order (Dkt. 75) requesting an update on the status of litigation currently pending in the United States District Court for the Eastern District of Pennsylvania. *See Eddystone Rail Co., LLC v. Bridger Logistics, LLC et al.*, Case No. 2:17-cv-00495-RK (E.D. Pa. 2017) (the "Pennsylvania Action"). To bring the Court up to date, discovery has closed in the Pennsylvania Action, summary judgment motions have been decided, and the case is set for a bench trial beginning September 19, and 21-23, 2022 and continuing December 5-16, 2022.The undersigned respectfully submit this joint letter in response to the Court's July 28, 2021 order requesting an update on the status of the above-referenced case.


*/s/ T. Ray Guy*                                      2101 Cedar Springs Road, Suite 900
T. Ray Guy                                            Dallas, TX 75201
rguy@fbtlaw.com                           (214) 545-5933

Frost Brown Todd, LLC                 **ATTORNEYS FOR RESPONDENT**
Rosewood Court                                   */s/ Fil Agusti*

0143964.0728592   4872-3943-4276v1