UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------------X
                  :

EDDYSTONE RAIL CO., LLC,          :

                  :

          Plaintiff,       :

                  :        17-CV-1266 (JMF)

     -v-             :

                  :          <u>ORDER</u>

JAMEX TRANSFER SERVICES, LLC,    :

                  :

          Defendant.    :

                  :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's August 9, 2021 Order, ECF No. 75, the parties are required to file a joint letter, the contents of which are described therein, every three months.  To date, the parties have not filed their joint letter due September 1, 2022.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 16, 2022**.

      SO ORDERED.

Dated: September 14, 2022
      New York, New York                _____
                                   JESSE M. FURMAN
                             United States District Judge