Filiberto Agusti
202 429 6428 direct
202 261 7512 fax
fagusti@steptoe.com

**Steptoe**

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

September 16, 2022

Hon. Jesse M. Furman
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re: *Eddystone Rail Company, LLC v. Jamex Transfer Services, LLC*,
     Case No. 1:17-cv-01266-WHP

Dear Judge Furman:

   The undersigned counsel for Petitioner Eddystone Rail Company, LLC respectfully submits this letter in response to the Court's August 9, 2021 Order (Dkt.75) requesting an update on the status of litigation currently pending in the United States District Court for the Eastern District of Pennsylvania. *See Eddystone Rail Co., LLC v. Bridger Logistics, LLC et al.*, Case No. 2:17-cv-00495-RK (E.D. Pa. 2017) (the "Pennsylvania Action").

   Undersigned states that the Pennsylvania Action is set for a bench trial beginning September 19-23, 2022 and continuing December 5-16, 2022 and February 13-17, 2022.

   Mr. T. Ray Guy has informed the undersigned's office that he no longer represents the Respondent in this matter.

        Respectfully,

        */s/ Filiberto Agusti*

        Filiberto Agusti