Filiberto Agusti
202 429 6428 direct
202 261 7512 fax
fagusti@steptoe.com

Steptoe

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

December 1, 2022

Hon. Jesse M. Furman
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

      Re: *Eddystone Rail Company, LLC v. Jamex Transfer Services, LLC*,
           Case No. 1:17-cv-01266-WHP

Dear Judge Furman:

    The undersigned counsel for Petitioner Eddystone Rail Company, LLC ("Eddystone") respectfully submits this letter in response to the Court's August 9, 2021 Order (Dkt.75) requesting an update on the status of litigation currently pending in the United States District Court for the Eastern District of Pennsylvania. *See Eddystone Rail Co., LLC v. Bridger Logistics, LLC et al.*, Case No. 2:17-cv-00495-RK (E.D. Pa. 2017) (the "Pennsylvania Action").

    Eddystone has completed the first session of the bench trial in the Pennsylvania Action and is currently preparing for the second session, which is set for December 5-16, 2022. Eddystone anticipates that the Pennsylvania Action may continue to February 13-17, 2023.

                                                   Respectfully,

                                                   */s/ Filiberto Agusti*

                                                   Filiberto Agusti