UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
EDDYSTONE RAIL CO., LLC, :
:
                        Petitioner, :
: 17-CV-1266 (JMF)
        -v- :
: ORDER
:
JAMEX TRANSFER SERVICES, LLC, :
:
                        Respondent. :
:
-----------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 24, 2023, Mr. T. Ray Guy, counsel of record for Respondent, filed a motion to withdraw as counsel. *See* ECF No. 86. By **January 27, 2023**, Mr. Guy shall serve (1) the motion and any supporting documents and (2) a copy of this Order on his client, and by **January 30, 2023**, file proof of such service on the docket. *See* S.D.N.Y. Local Rule 1.4.

      Any opposition to the motion to withdraw — by Respondent or any other party — shall be filed by **February 1, 2023**; any reply shall be filed by **February 3, 2023**. Unless and until the Court grants the motion, Mr. Guy remains Respondent's counsel of record. If Respondent has secured new counsel, new counsel shall promptly enter a notice of appearance to ensure a smooth transition of representation in the event that the motion to withdraw is granted. Further, Respondent is warned that a corporate party may appear in federal court **only** through counsel. *See Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007). Accordingly, if the Court grants Mr. Guy's motion to withdraw and new counsel fails to appear on behalf of Respondent in the near term, default judgment may be entered against it. *See, e.g.*, *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006).

      SO ORDERED.

Dated: January 25, 2023
       New York, New York
                                                          JESSE M. FURMAN
                                                       United States District Judge