**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **EDDYSTONE RAIL COMPANY, LLC,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| vs. | § | Civil Action No. 1:17-cv-01266-JMF-OTW |
| | § | |
| **JAMEX TRANSFER SERVICES, LLC,** | § | |
| | § | |
| **Respondent.** | § | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

It is hereby ORDERED that the Motion to Withdraw as Counsel filed by T. Ray Guy and the firm of Frost Brown Todd LLC is GRANTED. ~~From this point until Respondent Jamex Transfer Services, LLC ("Jamex") retains and informs the Court and opposing counsel of new counsel, notices and pleadings may be served upon Jamex by serving its Manager, James H. Ballengee, at 6617 Golf Drive, Dallas, TX 75205, james.b@silverfuels.com.~~

SIGNED this _6th_ day of ___February___, 2023.

_____
UNITED STATES DISTRICT JUDGE
JESSE M. FURMAN